1  DENNIS S. WAKS, BAR #142581
   Attorney at Law
2  455 Capitol Mall, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 498-9871

4  Attorney for Defendant
   KATHLEEN WADE

5

6                IN THE UNITED STATES DISTRICT COURT

7              FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,   )   Mag. 12-343-CKD
                               )
10            Plaintiff,       )   STIPULATION AND ORDER TO
                               )   EXTEND TIME FOR PRELIMINARY
11      v.                     )   HEARING AND EXCLUDE TIME
                               )
12 KATHLEEN WADE,              )   Date: February 13, 2013
                               )   Time: 2:00 p.m.
13            Defendant.       )   Judge: Kendall J. Newman
   _____)
14

15      Plaintiff, United States of America, by and through
16 Assistant United States Attorney, MICHELLE RODRIGUEZ, and
17 Defendant KATHLEEN WADE, individually and by her counsel of
18 record, DENNIS S. WAKS, Supervising Assistant Federal Defender,
19 hereby stipulate to continue the Preliminary Hearing set for
20 January 24, 2013, to February 13, 2013, at 2:00 p.m.
21      The parties agree that the time beginning from the date of
22 this stipulation extending through February 13, 2013, should be
23 excluded from the calculation of time under the Speedy Trial Act.
24 Further, the Defendant consents to an extension of the time for a
25 Preliminary Hearing until February 13, 2013, Fed. R. Crim. P.
26 5.1(d).  The parties submit that the ends of justice are served
27 by the Court excluding such time, so that they may have
28 reasonable time necessary for effective preparation, taking into

                                1

account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  In particular, the time is required so that the parties can continue to conduct investigation and discuss a proposed disposition.  The defendant consents to this continuance.

The parties stipulate that this interest of justice outweighs the interest of the public and the defendant in a speedy trial, 18 U.S.C. §§ 3161(b) and (h)(7)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases.  Fed. R. Crim. P. 5.1(d).

Dated:  January 23, 2013         Respectfully submitted,


                                 /s/ Dennis S. Waks
                                 _____
                                 DENNIS S. WAKS
                                 Attorney at Law
                                 Attorney for Defendant
                                 KATHLEEN WADE

Dated:  January 23, 2013         BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ Dennis S. Waks for
                                 _____
                                 MICHELLE RODRIGUEZ
                                 Assistant U.S. Attorney


## ORDER

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on January 23, 2013.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order,

demonstrates good cause for an extension of time for the Preliminary Hearing date, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial.  18 U.S.C.§3161(h)(7)(A). The Court further finds that the extension of time would not adversely effect the public's interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1.  The date of the Preliminary Hearing is extended to February 13, 2013, at 2:00 p.m. before Magistrate Judge Kendall J. Newman.

2.  This time between January 24, 2013 and February 13, 2013, shall be excluded from calculation pursuant to 18 U.S.C. §3161(h)(7)(A) and Federal Rule of Criminal Procedure 5.1(d).

3.  The defendant shall appear at the date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

DATED: January 23, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
wade0343.stipord.cont.prelim.wpd

3