1  Dennis S. Waks, Bar #142581
   455 Capitol Mall, Suite 350
2  Sacramento, California  95814
   Telephone (916) 498-9871
3

4  Attorney for Defendant
   KATHLEEN SUPATTRA WADE
5
                     IN THE UNITED STATES DISTRICT COURT
6
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
7

8
   UNITED STATES OF AMERICA,     )
9                                )   CR NO. 13-033-GEB
                     Plaintiff,  )
10                               )   **STIPULATION AND ORDER**
          v.                     )
11                               )
   GLEN PATRICK SHOULTS, et      )   DATE:  May 3, 2013
12 al.,                          )   TIME:  9:00 a.m.
                                 )   JUDGE: Hon. Garland E. Burrell
13                   Defendants. )
                                 )
14 _____

15
        It is hereby stipulated and agreed to by the United States of
16
   America through MICHELLE RODRIGUEZ, Assistant United States Attorney,
17
   and defendant, KATHLEEN SUPATTRA WADE, by and though her counsel,
18
   DENNIS S. WAKS, Attorney at Law, that the status conference set for
19
   March 15, 2013, be continued to a status conference on May 3, 2013, at
20
   9:00 a.m.  This continuance is being requested because defense counsel
21
   needs additional time to prepare, to review discovery, and to interview
22
   witnesses.  The defendant has received a large amount of discovery.
23
        Furthermore, the parties stipulate and agree that the interest of
24
   justice served by granting this continuance outweighs the best interest
25
   of the public and the defendant in a speedy trial. (18 U.S.C.
26
   §3161(h)(7)(A)).
27
        Speedy trial time is to be excluded from the date of this order
28

1  through the date of the status conference set for May 3, 2013, pursuant
2  to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local
3  Code T4).
4  DATED: March 12, 2013
5                                    Respectfully submitted,
6
                                     /s/ Dennis S. Waks
7                                    _____
8                                    DENNIS S. WAKS
                                     **Attorney for Defendant**
9                                    KATHLEEN SUPATTRA WADE
10
11 DATED: March 12, 2013
                                     BENJAMIN B. WAGNER
12                                   United States Attorney
13
                                     /s/ Dennis S. Waks for
14                                   _____
15                                   MICHELLE RODRIGUEZ
                                     Assistant U.S. Attorney
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

O R D E R

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.  Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.  Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation through and including May 3, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4.  A new status conference date is hereby set for May 3, 2013, at 9:00 a.m..

Dated:  March 14, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge