**FILED**
JUL 17 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KATHLEEN SUPATTA WADE<br><br>Defendant. | No. 2:13-cr-0033-TLN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE.

This is to authorize and direct you to release KATHLEEN SUPATTRA WADE Case No. 2:13-cr-0033-TLN, from custody for the following reasons:

\_\_\_\_\_    Release on Personal Recognizance

__X__    Bail Posted in the Sum of $ _25,000,_ co-signed by mother.

 _X_   Unsecured Appearance Bond

 __    Appearance Bond with 10% Deposit

 __    Appearance Bond with Surety

 __    Corporate Surety Bail Bond

 _X_   (Other): Pretrial Services Supervision

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, California on July 17, 2013.

_____
UNITED STATES MAGISTRATE JUDGE